1  Adam J. Zapala (SBN 245748)
   Tamarah P. Prevost (SBN 313422)
2  James G. B. Dallal (SBN 277826)
   **COTCHETT, PITRE & McCARTHY, LLP**
3  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
4  Burlingame, CA  94010
   Telephone:  (650) 697-6000
5  Facsimile:   (650) 697-0577
   azapala@cpmlegal.com
6  tprevost@cpmlegal.com
   jdallal@cpmlegal.com
7
   *Interim Co-Lead Class Counsel on Behalf of*
8  *Commercial and Institutional Indirect Purchasers*

9

10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

14  *In Re Broiler Chicken Antitrust*          Case No. 2:20-mc-00310-GW-JPR
    *Litigation*
                                                Action Pending in:
15  This Document Relates to:                   **Northern District of Illinois**
    All Class Cases                             Case No. 1:16-cv-08637
16
                                                **NOTICE OF INTERESTED**
17                                              **PARTIES**

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for the

2  Commercial Institutional Indirect Purchaser Plaintiffs ("CIIPPs"), certifies that the

3  following listed parties (and proposed class representatives) may have a pecuniary

4  interest in the outcome of this case. These representations are made to enable the

5  Court to evaluate possible disqualification or recusal.

6          Fargo Stopping Center, LLC;

7          Sargent's Restaurant and Lounge;

8          Wildwood Tavern, LLC;

9          Bodega Brew Pub, Inc.;

10         Sullott Corporation;

11         Chicken Joe's, LLC;

12         Eat This, Inc. dba Some Like It Hot;

13         Alpine Special Treatment Center, Inc.;

14         Tennis Bums, LLC dba Alabama Joes;

15         Alabama Joe's 2, Inc. dba Alabama Joes;

16         Tani Sushi Bistro, LLC;

17         France 44 Foods, Inc.;

18         Midtown Bar and Grill LLC;

19         Avanti's of Phoenix, Inc.;

20         Floersch IGA, Inc. dba Ray's Apple Market;

21         Da Big Blue Enterprises Corp. dba Blue Tropix Bar and Grill and Da Big

22         Kahuna Waikiki;

23         Little Figs, Inc. dba Figaretti's Restaurant;

24         Alliance Healthcare System, Inc.;

25         Mookie's Southern Cuisine LLC;

26         Eowyn, LLC dba Cabana;

27         Peppers Grill & Bar, Inc.;

28         Daliano's, Inc. dba Daliono's;

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

1    Sumner Country Restaurant & Creamery LLC dba Kelley's Row

2    Restaurant & Pub;

3    Bashara & Company, LC dba J. Morgan's Steakhouse;

4    Tic-Tac-O;

5    Brix Tavern, LLC;

6    Pancho's Taqueria, Inc. dba Pancho's Taqueria;

7    Roost Fried Chicken LLC;

8    Oregano Italian LLC dba Oregano Italian Kitchen;

9    Bordenaro's Pizza, Inc. dba Bordenaro's Pizza;

10   Telavi Hospitality, Inc. dba Levante; and

11   FB Mall, LLC dba Fat Belly's.

12

13   Moreover, pursuant to Fed. R. Civ. Proc. 7.1, the undersigned hereby discloses and

14   certifies that the foregoing entities are not publicly traded companies and do not

15   have a parent entity, or entity owing ten percent of greater ownership in it.

16

17   Dated:  November 18, 2020              COTCHETT, PITRE & McCARTHY, LLP

18                                          By:  */s/ Tamarah P. Prevost*
                                            Adam J. Zapala (SBN 245748)
19                                          Tamarah P. Prevost (SBN 313422)
                                            James Dallal (SBN 277826)
20                                          840 Malcolm Road, Suite 200
                                            Burlingame, CA 94010
21                                          Telephone: (650) 697-6000
                                            Facsimile: (650) 697-0577
22                                          azapala@cpmlegal.com
                                            tprevost@cpmlegal.com
23                                          jdallal@cpmlegal.com

24                                          *Interim Co-Lead Class Counsel on Behalf of*
                                            *Commercial and Institutional Indirect*
25                                          *Purchasers*

26

27

28